UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MICHELLE RENEE HURTER,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Civil No. 3:14-CV-05874-KLS<br><br><br><br>ORDER |

Based on Defendant's unopposed Motion (*see* Dkt. 8), it is hereby ORDERED that the Responsive Due Date for filing Defendant's Answer to Plaintiff's Complaint shall be amended as follows:

Defendant shall have up to and including May 18, 2015, to file an Answer to Plaintiff's Complaint.

DATED this 8th day of April, 2015.

Karen L. Strombom
United States Magistrate Judge

Page 1      ORDER - [3:14-CV-05874-KLS]