# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

MICHELLE RENEE HURTER,

    Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations

    Defendant.

Case No. 3:14-cv-05874-TLF

ORDER REMANDING CASE

On February 20, 2018, the Ninth Circuit Court of Appeals issued its Memorandum order (Dkt. 33) reversing and remanding this matter, with directions to this Court to remand this case the Commissioner for the calculation and award of benefits for the period beginning October 16, 2008. Accordingly, it is hereby ORDERED that this case is remanded to the Commissioner for that purpose.

Dated this 22nd day of March, 2018.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER REMANDING CASE - 1